**JS-6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.: **CV 25-10490-JFW(BFMx)**                                    Date: April 17, 2026

Title: August Image, LLC -v- Vena Wellness, LLC, et al.

---

**PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Shannon Reilly**                                    **None Present**
**Courtroom Deputy**                                  **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                            None

**PROCEEDINGS (IN CHAMBERS):        ORDER OF DISMISSAL**

        In the Response to Order to Show Cause and Notice of Settlement filed on Janury 22, 2026, Docket No. 13, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 22, 2026.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until April 22, 2026.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

        IT IS SO ORDERED.

                                                            Initials of Deputy Clerk __sr__